DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID COHN,**
Appellant,

v.

**DAMARA COHN** and **OBO A.R.C., A.E.C,** and **S.H.C.,**
Appellee.

No. 4D18-3768

[August 8, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502018DR008188.

Michael D. Cirullo, Jr., of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, and Joshua K. Friedman and Jason A. Brodie, Boca Raton, for appellant.

Damara Cohn, Delray Beach, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***